AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Nestor Santana<br>*Defendant(s)* | ) ) ) ) Case No. 3:16MJ689 (SALM) ) ) ) |

**FILED 2016 DEC 2 AM 10 55 U.S. DISTRICT COURT NEW HAVEN, CT.**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 29, 2016 - May 31, 2016   in the county of   New London   in the _____ District of   Connecticut  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with intent to distribute and distribution of Heroin, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached Affidavit of Dawn M. Pagan, State Trooper #302, Connecticut State Police ("CSP"), in support of Arrest Warrant

☑ Continued on the attached sheet.

*Complainant's signature*

Dawn M. Pagan, State Trooper, CSP
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   12/02/2016

/s/
*Judge's signature*

City and state:   New Haven, Connecticut     Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*